**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORAINE NARANJO, et.al, | CASE NO. CV-F-09-0246 LJO GSA |
| | **New Case No. CV-F-09-0246 OWW DLB** |
|         Plaintiff, | |
| | **ORDER REASSIGNING DISTRICT JUDGE** |
|   vs. | **AND MAGISTRATE JUDGE** |
| YUM! BRANDS, INC., | |
| TACO BELL CORP., | |
|         Defendants. | |
| _____/ | |

Based upon the Court's review of the pleadings, the similarity of legal issues and in the interest of judicial economy, the Court finds good cause to assign the case to District Judge Oliver W. Wanger and Magistrate Judge Dennis L. Beck pursuant to Local Rule 83-123( c).  The Court hereby orders that this action is reassigned from District Judge Lawrence J. O'Neill to District Judge Oliver W. Wanger. The action is reassigned from Magistrate Judge Gary S. Austin to Magistrate Judge Dennis L. Beck. All further papers shall bear the new case number **CV-F-09-0246 OWW DLB**.

IT IS SO ORDERED.

**Dated:   February 12, 2009**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1